In the Matter of SYLVIA R. GETZ, Appellant, against LEWIS A. WILSON, as Acting Commissioner of Education of the State of New York, et al., Respondents.

Submitted October 10, 1951; decided December 6, 1951.

*Gerald H. Chambers* and *C. Evarts Mangan* for appellant.
*Charles A. Brind, Jr.,* and *Elizabeth M. Eastman* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.